UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

| **Date:** August 5, 2015 | **Time:** 10 minutes<br>2:08 p.m. to 2:18 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 15-cv-02392-WHO | **Case Name:** Jimenez v. Menzies Aviation Inc | |

**Attorney for Plaintiff:** Vilmarie Cordero and Graham S.P. Hollis
**Attorney for Defendant:** Christopher Ward

**Deputy Clerk:** Jean Davis                               **Court Reporter:** FTR Recording

### PROCEEDINGS

Court acknowledges that this matter has been pending over-long and advises the parties that they should expect the pace of litigation to quicken substantially now that it has been reassigned.

The parties are heard as to motion to compel arbitration.  Motion taken under submission; written order to follow.