1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA JIMENEZ and ORLANDO MIJOS, individually and on behalf of all other current and former similarly situated California employees of Defendants,<br><br>Plaintiffs,<br><br>v.<br><br>MENZIES AVIATION, INC., MENZIES AVIATION GROUP (USA), INC., and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No.:   3:15-cv-02392-WHO<br><br>**ORDER GRANTING STIPULATED REQUEST TO CONTINUE CLASS DISCOVERY CUTOFF AND CLASS CERTIFICATION MOTION FILING DEADLINE**<br><br><br>Requested new discovery cutoff: Feb. 16, 2016<br>Requested new motion deadline: March 10, 2016 |

1  Plaintiffs Jessica Jimenez and Orlando Mijos ("Plaintiffs") and Defendants Menzies
2  Aviation, Inc. and Menzies Aviation Group (USA), Inc., ("Menzies" or "Defendants")
3  (collectively "the parties"), jointly stipulated to continue the class discovery cutoff and
4  deadline for Plaintiffs to file a motion for class certification, and requested the Court to
5  reschedule the class discovery cutoff, deadline to file a motion for class certification, hearing
6  date for that motion, and follow-up Case Management Conference.

7  After full consideration of the Stipulated Request to Continue Class Discovery Cutoff
8  and Class Certification Motion Filing Deadline filed on December 9, 2015, **IT IS HEREBY**
9  **ORDERED**, that this stipulated request is GRANTED, as modified below.

10  The class discovery cutoff and class certification motion deadline is now as follows:
11  - Class Discovery Close Deadline: February 16, 2016
12  - Deadline to file the class certification motion: March **9**, 2016
13  - **Deadline for hearing on motion for class certification:  April 13, 2016**

14  The Court continues the March 8, 2016 Case Management Conference to **May 10,**
15  **2016.  The parties shall file a Joint Case Management Statement on May 3, 2016 that**
16  **proposes a calendar for the trial of this action in the event that the class is certified,**
17  **unless otherwise directed by the Court.**

19  **IT IS SO ORDERED.**
20  Dated: December 15, 2015

    **JUDGE WILLIAM H. ORRICK**
    **UNITED STATES DISTRICT COURT,**
    **NORTHERN DISTRICT OF CALIFORNIA**