UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA JIMENEZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MENZIES AVIATION INC, et al.,<br><br>    Defendants. | Case No. 15-cv-02392-WHO<br><br>**ORDER GRANTING MOTION FOR CLASS CERTIFICATION AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 39, 50 |

On March 9, 2016, plaintiffs Jessica Jimenez and Orlando Mijos filed a motion for class certification. Dkt. No. 39. I held a hearing on the motion on April 13, 2016. After reviewing the parties' memoranda, evidence, and argument, I find that the proposed classes meet the requirements of Federal Rule of Civil Procedure 23. Plaintiffs' motion is GRANTED.

A further written order explaining my rationale will be forthcoming, but I do not want any delay on my part to impede the parties' trial preparation. The parties are directed to meet and confer regarding the remaining pre-trial and trial schedule in order to propose a trial that would commence as soon as practicable, and to resume such remaining discovery as is necessary. The Case Management Conference is continued at the parties' request to June 14, 2016 at 2 p.m., at which time the trial schedule will be established. A Joint Case Management Statement that proposes the pre-trial and trial schedule and discusses the parties' current perspectives on ADR shall be filed on or before June 7, 2016.

**IT IS SO ORDERED**.

Dated: May 4, 2016

WILLIAM H. ORRICK
United States District Judge