**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 26 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JESSICA JIMENEZ and ORLANDO MIJOS, individually and on behalf of all other current and former similarly situated California employees,<br><br>    Plaintiffs-Appellees,<br><br>v.<br><br>MENZIES AVIATION, INC. and MENZIES AVIATION GROUP (USA), INC.,<br><br>    Defendants-Appellants. | No. 15-16723<br><br>D.C. No. 3:15-cv-02392-WHO<br>Northern District of California,<br>San Francisco<br><br>ORDER |

In light of the parties' stipulation under Federal Rule of Appellate Procedure 42(b), this appeal is dismissed with prejudice. A copy of this order sent to the district court shall act as and for the mandate of this court.

DISMISSED.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7