**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JESSICA JIMENEZ and ORLANDO MIJOS, individually and on behalf of all other current and former similarly situated California employees of Defendants,<br><br>Plaintiffs,<br><br>v.<br><br>MENZIES AVIATION, INC., MENZIES AVIATION GROUP (USA), INC., and DOES 1 THROUGH 10, inclusive<br><br>Defendants. | Case No. 15-CV-02392-WHO<br><br>**JUDGMENT** |

Plaintiff's motion for final approval of the proposed class action settlement and attorney's fees and costs came on for hearing on January 3, 2018, in the above-captioned Court, the Hon. William H. Orrick presiding. The Court having previously granted preliminary approval of the proposed class action settlement on June 7, 2017, the parties having fully briefed the issues

1

regarding final approval and attorneys' fees and costs, the case having been heard, and the Court having granted final approval of the settlement,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

Judgment is entered on the terms set forth in the Order Granting Final Approval of Class Action Settlement.

Dated: January 16, 2018

HONORABLE WILLIAM H. ORRICK
United States District Court Judge